SERENA M. WARNER, S.B. #264799
    Email:  swarner@akk-law.com
MELISSA T. CURRIER, S.B. #318805
    Email:  mcurrier@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendants CITY OF AUBURN, AUBURN POLICE DEPARTMENT, DEBBY NELSON, PHILLIP ISETTA, JON MAY, and JENNIFER SOLOMON

DOUGLAS R. THORN, S.B. #133521
**THORN LAW FIRM**
3017 Douglas Blvd., Suite 300
Roseville, CA 95661
Telephone:  (916) 768.9311

Attorneys for Plaintiffs JAMES DAHLIN, et al.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DAHLIN, et al., | Case No.: 2:17-cv-02585-MCE-AC |
| Plaintiffs, | **STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE RESPONSE TO PLAINTIFFS' COMPLAINT; ORDER** |
| vs. | |
| ROSEMARY FRIEBORN, et al. | **[Local Rule 144(a)]** |
| Defendants. | |

   Douglas R. Thorn, attorney for Plaintiffs, and Serena M. Warner, counsel of record for the City of Auburn, Auburn Police Department, Phillip Isetta, Debby Nelson, Jon May, and Jennifer Solomon, have been working cooperatively to expedite the exchange of information ahead of Rule 26 Initial Disclosures in order to expedite a resolution of the case. Some of the information includes the identity of Doe 126 and Doe 127, both employees of the City of Auburn

STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE RESPONSE TO PLAINTIFFS' COMPLAINT

1 and Auburn Police Department who Plaintiffs intend to substitute into the case as parties.

2 Pursuant to Local Rule 144(a), Mr. Thorn and Ms. Warner therefore stipulate and agree:

3 1.      Plaintiffs may have through and including March 9, 2018 to file an amendment to their

4 Complaint and substitute the real parties in place of Doe 126 and Doe 127.

5 2.      The time for Ms. Warner's clients to respond to Plaintiffs' Complaint and the

6 amendments to be filed to the Complaint shall be through and including the 21st day after the

7 amendments to the Complaint are filed with the Court.

8 **SO AGREED AND STIPULATED.**

9

10  Dated:  February 15, 2018                         THE THORN LAW FIRM

11                                                                      */s/ Douglas R Thorn*

12                                                             By:_____
                                                                     DOUGLAS R. THORN

13                                                                    Attorneys for Plaintiffs JAMES
                                                                     DAHLIN, et al.

14

15  Dated:  February 15, 2018                         ANGELO, KILDAY & KILDUFF, LLP

16                                                                      */s/ Serena M. Warner*

17                                                             By:_____
                                                                     SERENA M. WARNER

18                                                                    Attorneys for CITY DEFENDANTS

19

20

21

22

23

24

25

26

27

28

STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE RESPONSE TO
PLAINTIFFS' COMPLAINT

## **ORDER**

Pursuant to the stipulation of the parties and good cause having been shown, it is ordered as follows:

1.     Plaintiffs shall have through and including **March 9, 2018** to file an amendment to their Complaint and to substitute the real parties in place of Doe 126 and Doe 127.

2.     The time for Defendants City of Auburn, Auburn Police Department, Phillip Isetta, Debby Nelson, Jon May, and Jennifer Solomon to respond to Plaintiffs' Complaint and the amendments to be filed to the Complaint shall be extended to not later than **21 days** after the amendments to the Complaint are filed with the Court.

IT IS SO ORDERED.

**Dated:  February 15, 2018**

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE RESPONSE TO
PLAINTIFFS' COMPLAINT