Douglas R. Thorn (CA Bar No. 133521)
THE THORN LAW FIRM
3017 Douglas Boulevard, Suite 300
Roseville, California 95661
916.768.9311

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| James Dahlin; Kimberly Dahlin; Toby Tippets; and Martina Tippets, individually and as guardian ad litem of minor plaintiffs ST and TT<br><br>Plaintiffs,<br><br>v.<br><br>Rosemary Frieborn; Curt Ransom; Marilyn Jasper; Cassie Reeves; Katie Newman; Sherry Couzens; Michael Crosson; Humane Society of the Sierra Foothills, a society for the prevention of cruelty to animals, Incorporated, a California domestic nonprofit corporation; Friends of Placer County Animal Shelter, an unincorporated association; Friends of Auburn/Tahoe Vista Placer County Animal Shelter, an unincorporated association; Friends of Auburn/Tahoe Vista-Placer County Animal Shelter, Inc, a California domestic nonprofit corporation; Doe 1 through Doe 125; Edward J. Fritz; City of Auburn; Auburn Police Department; Officer Debbie Nelson; Officer Phillip Isetta; Building Official Jon May; Code Enforcement Officer Jennifer Solomon; Doe 126 through 150,<br><br>Defendants | Case No. 2:17-cv-02585-MCE-AC<br><br>STIPULATION AND ORDER TO ENALRGE TIME TO AMEND COMPLAINT |

STIPULATION AND ORDER

Plaintiffs and Defendants City of Auburn, Auburn PD, Debby nelson, Phillip Isetta, Jon May, and Jennifer Solomon stipulate to extend the time for Plaintiffs to amend their complaint to add Doe 126 and Doe 127 and make additional claims and allegations against the municipal defendants from Friday, March 9, 2018 through Tuesday, March 13, 2017.

SO STIPULATED

Respectfully submitted March 14, 2018,

*/s/ Douglas R. Thorn*
Douglas R. Thorn
Attorneys for Plaintiffs

Respectfully submitted March 14, 2018,

*/s/ Serena M. Warner*
Serena M. Warner (CA Bar No. 133521)
Attorneys for City of Auburn, Auburn PD, Debby Nelson, Phillip Isetta, Jon May, and Jennifer Solomon

## ORDER

Pursuant to the stipulation of the parties, Plaintiffs' deadline to amend their complaint shall be extended from March 9, 2018 to not later than March 13, 2018.

IT IS SO ORDERED.

Dated: March 14, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER – 1