Douglas R. Thorn (CA Bar No. 133521)
THE THORN LAW FIRM
3017 Douglas Boulevard, Suite 300
Roseville, California 95661
916.768.9311

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| James Dahlin; Kimberly Dahlin; Toby Tippets; and Martina Tippets, individually and as guardian ad litem of minor plaintiffs ST and TT<br><br>    Plaintiffs,<br><br>v.<br><br>Rosemary Frieborn; Curt Ransom; Marilyn Jasper; Cassie Reeves; Katie Newman; Sherry Couzens; Michael Crosson; Humane Society of the Sierra Foothills, a society for the prevention of cruelty to animals, Incorporated, a California domestic nonprofit corporation; Friends of Placer County Animal Shelter, an unincorporated association; Friends of Auburn/Tahoe Vista Placer County Animal Shelter, an unincorporated association; Friends of Auburn/Tahoe Vista-Placer County Animal Shelter, Inc, a California domestic nonprofit corporation; Doe 1 through Doe 125; Edward J. Fritz; City of Auburn; Auburn Police Department; Officer Debbie Nelson; Officer Phillip Isetta; Building Official Jon May; Code Enforcement Officer Jennifer Solomon; Doe 126 through 150,<br><br>    <u>Defendants</u> | Case No. 2:17-cv-02585-MCE-AC<br><br><br><br>STIPULATION TO TAKE MOTION TO DISMISS OFF CALENDAR, AMEND COMPLAINT, AND FILE MOTION FOR DISQUALIFICATION |

STIPULATION AND ORDER

Plaintiffs' counsel and counsel for Defendants Rosemary Frieborn, Curt Ransom, Marilyn Jasper, Cassie Reeves, Katie Newman, Sherry Couzens, Michael Crosson, Humane Society of the Sierra Foothills, Inc., Friends of Auburn/Tahoe Vista-Placer County Animal Shelter, Inc., Friends of Placer County Animal Shelter, an unincorporated association, Friends of Auburn/Tahoe Vista Placer County Animal Shelter, an unincorporated association, and Edward J. Fritz (collectively, the "Non-Municipal Defendants") stipulate as follows:

1. The Non-Municipal Defendants' motion to dismiss (Doc. Nos. 29-30) should be dropped from the Court's calendar without prejudice.

2. Plaintiffs will file an amendment to their Complaint regarding some or all of the Non-Municipal Defendants within 45 days after the Placer County District Attorney's Office complies with Plaintiffs' Subpoena Duces Tecum. The last date to comply with the subpoena was Friday, March 9, 2018 but the compliance date has been extended until Friday, March 16, 2018 to accommodate the custodian's trial schedule.

3. Plaintiffs also expect to file a motion to disqualify the Non-Municipal Defendants' counsel and will file that motion, if at all, on or before March 20, 2018. The Non-Municipal Defendants (and their counsel) intend to vigorously oppose Plaintiffs' motion.

4. The Non-Municipal Defendants will respond (by motion or answer) to the Complaint, as amended, no later than 21 days after the later of when the amendments regarding the Non-Municipal Defendants are filed or the Court rules on Plaintiffs' motion for disqualification.

SO STIPULATED

Respectfully submitted March 8, 2018,

*/s/ Douglas R. Thorn*
Douglas R. Thorn
Thorn Law Firm
Attorneys for Plaintiffs

STIPULATION AND ORDER – 1

Respectfully submitted March 8, 2018,

/s/ Chris Hollinger
Chris A. Hollinger
O'Melveny & Myers LLP
Attorneys for the Non-Municipal Defendants

ORDER

Pursuant to the stipulation of the parties and good cause appearing, the Court orders as follows:

1. The Non-Municipal Defendants' Motion to Dismiss (ECF Nos. 29-30) is hereby VACATED without prejudice to refiling at a later date.
2. Plaintiffs shall file an amended complaint not later than April 30, 2018.
3. The Non-Municipal Defendants shall respond (by motion or answer) to the Amended Complaint not later than 21 days after (1) the filing of the Amended Complaint or (2) the Court issues a ruling on Plaintiffs' Motion for Disqualification, if such a motion is filed, whichever is later.

IT IS SO ORDERED

Dated: March 14, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE