Douglas R. Thorn (CA Bar No. 133521)
The Thorn Law Firm
3017 Douglas Boulevard, Suite 300
Roseville, California 95661
916.768.9311
doug@thornlawfirm.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| James Dahlin; Kimberly Dahlin; Toby Tippets; Martina Tippets; Savana Tippets; Tyler Tippets | Case No. 2:17-cv-02585-MCE-AC |
| | STIPULATION AND ORDER |
| Plaintiffs, | Date: May 3, 2018 |
| v. | Time: 2:00 p.m. |
| | Hon. Morrison C. England, Jr. |
| Rosemary Frieborn; Curt Ransom; Marilyn Jasper; Cassie Reeves; Katie Newman; Sherry Couzens; Michael Crosson; Humane Society of the Sierra Foothills, a society for the prevention of cruelty to animals, Incorporated, a California domestic nonprofit corporation; Friends of Placer County Animal Shelter, an unincorporated association; Friends of Auburn/Tahoe Vista Placer County Animal Shelter, an unincorporated association; Friends of Auburn/Tahoe Vista-Placer County Animal Shelter, Inc, a California domestic nonprofit corporation; Doe 1 through Doe 100; | Courtroom 7, 14th Floor |
| AND | |
| City of Auburn; Auburn Police Department; Officer Debbie Nelson; Officer Phillip Isetta; Building Official Jon May; Code Enforcement Officer Jennifer Solomon; Roe 1 through 20, | |
| Defendants | |

STIPULATION AND ORDER

1  Due to the nature and timing of Mr. Thorn's motion, the parties stipulate as follows:

2  1.  Plaintiffs may amend their complaint up to thirty days after the Court rules

3  on counsel Douglas Thorn's motion to be relieved as their counsel.

4  2.  Defendants will have 21 days after plaintiffs file their amended complaint to

5  respond to the amended complaint, or to respond to the complaint on file if plaintiffs do not

6  amend the complaint

7  3.  Within 14 days after the defendants file their response, the plaintiffs will

8  participate in good faith in the discovery conference required by Rule 26(f) of the Federal

9  Rules of Civil Procedure and will serve all disclosures required under Rule 26 not later than

10  30 days after the conference.

11  Respectfully submitted April 2, 2018,

12  /s/ *Douglas R. Thorn*
Douglas R. Thorn
Attorney for Plaintiffs

13

14  Respectfully submitted April 2, 2018,

15  /s/ *Chris Hollinger*
Chris Hollinger
Attorney for Non-Municipal Defendants

16

17  Respectfully submitted April 2, 2018,

18  /s/ *Melissa Currier*
Melissa Currier
Attorney for Municipal Defendants

19

20

21

22

23

24

25

26

27

28

## <u>ORDER</u>

Pursuant to the stipulation of the parties and good cause appearing, the Court

orders as follows:

(1) Plaintiffs shall have up to and including thirty (30) days from the date on which an

order addressing counsel Douglas Thorn's motion to be relieved as counsel is

electronically filed to file an amended complaint.

(2) Defendants shall have up to and including twenty-one (21) days from the date on

which Plaintiffs file their amended complaint to respond to the amended complaint.

If Plaintiffs do not file an amended complaint, Defendants shall have 21 days from

Defendants' deadline to respond to the complaint on file.

(3) Not later than fourteen (14) days after Defendants file their response, the parties

shall participate in good faith in the discovery conference required by Rule 26(f) of

the Federal Rules of Civil Procedure and will serve all disclosures required under

Rule 26 not later than 30 days after the conference.

IT IS SO ORDERED.

Dated: April 2, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE