SERENA M. WARNER, S.B. #264799
 Email: swarner@akk-law.com
MELISSA T. CURRIER, S.B. #318805
 Email: mcurrier@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA 95825
Telephone: (916) 564-6100
Telecopier: (916) 564-6263

Attorneys for Defendants CITY OF AUBURN, AUBURN PD, DEBBY NELSON, PHILLIP ISETTA, JON MAY, and JENNIFER SOLOMON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DAHLIN, et al., | Case No.: 2:17-cv-02585-MCE-AC |
| Plaintiffs, | |
| vs. | **STIPULATION FOR DISMISSAL OF DEFENDANTS MAY AND SOLOMON AND ORDER** |
| ROSEMARY FRIEBORN, et al. | |
| Defendants. | |

## STIPULATION

IT IS HEREBY STIPULATED, by and between Plaintiffs JAMES DAHLIN, KIMBERLY DAHLIN, TOBY TIPPETS, and MARTINA TIPPETS, and Defendants CITY OF AUBURN (also sued herein as AUBURN POLICE DEPARTMENT), DEBBY NELSON, PHILLIP ISETTA, JON MAY, and JENNIFER SOLOMON, in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Defendants JON MAY and JENNIFER SOLOMON shall be dismissed with

---
-1-
**STIPULATION FOR DISMISSAL OF ACTION WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii) AND ORDER**

without prejudice, with each side to bear their own costs specific to these two Defendants.

Dated: July 19, 2018           ANGELO, KILDAY & KILDUFF, LLP

                     */s/ Serena M. Warner*
By:_____
    SERENA M. WARNER
    Attorneys for Defendants
    CITY OF AUBURN, AUBURN PD,
    DEBBY NELSON, PHILLIP ISETTA,
    JON MAY, and JENNIFER SOLOMON

Dated: July 19, 2018

                     */s/ James Dahlin*
By:_____
    JAMES DAHLIN
    PLAINTIFF, in *pro per*

Dated: July 19, 2018

                     */s/ Kimberly Dahlin*
By:_____
    KIMBERLY DAHLIN
    PLAINTIFF, in *pro per*

Dated: July 19, 2018

                     */s/ Toby Tippets*
By:_____
    TOBY TIPPETS
    PLAINTIFF, in *pro per* and *guardian ad litem*

Dated: July 19, 2018

                     */s/ Martina Tippets*
By:_____
    MARTINA TIPPETS
    PLAINTIFF, in *pro per* and *guardian ad litem*

# ORDER

Pursuant to the stipulation of the parties and Fed. R. Civ. Pro. 41(a)(1)(A)(ii), it is hereby ordered that Defendants JON MAY and JENNIFER SOLOMON are DISMISSED without prejudice, each side to bear their own costs specific to these two Defendants.

IT IS SO ORDERED.

Dated: July 19, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE