CHRIS A. HOLLINGER (S.B. #147637)
chollinger@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Attorney for Non-Municipal Defendants
Rosemary Frieborn; Curt Ransom; Marilyn Jasper; Cassie Reeves; Katie Newman; Sherry Couzens; Michael Crosson; Humane Society of the Sierra Foothills, Inc.; Friends of Placer County Animal Shelter; Friends of Auburn/Tahoe Vista Placer County Animal Shelter; Friends of Auburn/Tahoe Vista-Placer County Animal Shelter, Inc; and Edward J. Fritz

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DAHLIN; KIMBERLY DAHLIN; TOBY TIPPETS; and MARTINA TIPPETS, individually and as guardian ad litem of minor plaintiffs ST and TT,<br><br>Plaintiffs,<br>v.<br>ROSEMARY FRIEBORN; CURT RANSOM; MARILYN JASPER; CASSIE REEVES; KATIE NEWMAN; SHERRY COUZENS; MICHAEL CROSSON; HUMANE SOCIETY OF THE SIERRA FOOTHILLS, INC.; FRIENDS OF PLACER COUNTY ANIMAL SHELTER; FRIENDS OF AUBURN/TAHOE VISTA PLACER COUNTY ANIMAL SHELTER; FRIENDS OF AUBURN/TAHOE VISTA-PLACER COUNTY ANIMAL SHELTER, INC.; Doe 1 through Doe 125; EDWARD J. FRITZ; CITY OF AUBURN; AUBURN POLICE DEPARTMENT; Officer Debbie Nelson; Officer PHILLIP ISETTA; Building Official JON MAY; Code Enforcement Officer JENNIFER SOLOMON; Doe 126 through 150,<br><br>Defendants. | Case No. 2:17-cv-02585-MCE-AC<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFFS TO FILE AMENDED COMPLAINT; ORDER**<br><br>Judge: Hon. Morrison C. England, Jr.<br>Action Filed: December 9, 2017 |

| | |
|---|---|
| 1 | WHEREAS, on December 9, 2017, Plaintiffs James Dahlin, Kimberly Dahlin, Toby |
| 2 | Tippets and Martina Tippets (individually and as guardian ad litem for minor plaintiffs S.T. and |
| 3 | T.T.) (collectively, the "Plaintiffs") filed a Complaint in the United States District Court, Eastern |
| 4 | District of California, against Defendants Rosemary Frieborn, Curt Ransom, Marilyn Jasper, |
| 5 | Cassie Reeves, Katie Newman, Sherry Couzens, Michael Crosson, Humane Society of the Sierra |
| 6 | Foothills, Inc., Friends of Placer County Animal Shelter, Friends of Auburn/Tahoe Vista Placer |
| 7 | County Animal Shelter, Friends of Auburn/Tahoe Vista-Placer County Animal Shelter, Inc., and |
| 8 | Edward Fritz (collectively, the "Non-Municipal Defendants"), and City of Auburn, Auburn Police |
| 9 | Department, Officer Debbie Nelson, Officer Phillip Isetta, Building Official Jon May, and Code |
| 10 | Enforcement Officer Jennifer Solomon (collectively, the "Municipal Defendants"), in the above- |
| 11 | captioned matter; |
| 12 | WHEREAS, in its Memorandum and Order electronically filed on June 19, 2018 (ECF |
| 13 | No. 53), the Court granted Plaintiffs' counsel's Motion to Withdraw and granted Plaintiffs |
| 14 | thirty (30) days from the date of electronic filing of the Memorandum and Order in which to file |
| 15 | an amended complaint if they chose to do so (*see id.* at 3:13-15); |
| 16 | WHEREAS, the deadline for Plaintiffs to file an amended complaint is currently July 19, |
| 17 | 2018; |
| 18 | WHEREAS, the Plaintiffs require more time to file an amended complaint; and |
| 19 | WHEREAS, as provided for in the Court's Memorandum and Order (*see* ECF No. 53 at |
| 20 | 3:15-16), the Plaintiffs, the Non-Municipal Defendants, and the Municipal Defendants agree that |
| 21 | the interests of efficiency and justice would be served by the grant of a 60-day extension of the |
| 22 | deadline for the Plaintiffs to file an amended complaint. |
| 23 | NOW, THEREFORE, PURSUANT TO EASTERN DISTRICT LOCAL RULE 144(A), |
| 24 | IT IS HEREBY STIPULATED AND AGREED, by and between the Plaintiffs, and counsel for |
| 25 | the Non-Municipal Defendants and Municipal Defendants, that the Plaintiffs' deadline to file an |
| 26 | amended complaint is extended to September 17, 2018. |
| 27 | **SO STIPULATED AND AGREED.** |
| 28 | // |

| | | |
|---|---|---|
| 1 | Dated: July 18, 2018. | JAMES DAHLIN |
| 2 | | BY: */s/ James Dahlin* |
| 3 | | (signature authorized July 17, 2018) |
| 4 | Dated: July 18, 2018. | KIMBERLY DAHLIN |
| 5 | | BY: */s/ Kimberly Dahlin* |
| 6 | | (signature authorized July 17, 2018) |
| 7 | Dated: July 18, 2018. | TOBY TIPPETS |
| 8 | | BY: */s/ Toby Tippets* |
| 9 | | (signature authorized July 17, 2018) |
| 10 | Dated: July 18, 2018. | MARTINA TIPPETS |
| 11 | | BY: */s/ Martina Tippets* |
| 12 | | (signature authorized July 17, 2018) Individually and as Guardian Ad Litem for minor plaintiffs S.T. and T.T. |
| 14 | Dated: July 18, 2018. | CHRIS A. HOLLINGER O'MELVENY & MYERS LLP |
| 15 | | By: */s/ Chris A. Hollinger* |
| 16 | | Chris A. Hollinger |
| 17 | | Attorney for Non-Municipal Defendants |
| 18 | Dated: July 18, 2018. | SERENA M. WARNER ANGELO, KILDAY & KILDUFF LLP |
| 19 | | By: */s/ Serena M. Warner* |
| 20 | | (signature authorized July 17, 2018) |
| 21 | | Attorney for Municipal Defendants |

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Pursuant to the stipulation of the parties and good cause appearing, Plaintiffs shall have an |
| 3 | extension of time up to an including **September 17, 2018**, to file an amended complaint. |
| 4 | IT IS SO ORDERED. |
| 5 | Dated: July 19, 2018 |
| 6 | |
| 7 | _____<br>MORRISON C. ENGLAND, JR<br>UNITED STATES DISTRICT JUDGE |