# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| JAMES DAHLIN, ET AL.,<br><br>Plaintiff,<br><br>vs.<br><br>ROSEMARY FRIEBORN<br><br>Defendants. | Case No.: 2:17-cv-02585-MCE-AC<br>Hon. Morrison C. England, Jr.<br>Ctrm: 7<br><br>**ORDER GRANTING JOINT STIPULATION TO ALLOW PLAINTIFF TO FILE FIRST AMENDED COMPLAINT**<br><br>Trial Date:   None Set |

After consideration of the Parties' Joint Stipulation to allow Plaintiffs to file First Amended Complaint, and good cause appearing, the Joint Stipulation (ECF No. 62) is GRANTED.

Plaintiffs shall file their first amended complaint on or before **October 17, 2018** and, Defendants shall not be required to answer, move to dismiss, or otherwise respond to the first amended complaint until **November 16, 2018**.

IT IS SO ORDERED.

Dated: September 27, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE