1    CHRIS A. HOLLINGER (S.B. #147637)
     chollinger@omm.com
2    O'MELVENY & MYERS LLP
     Two Embarcadero Center, 28th Floor
3    San Francisco, California 94111-3823
     Telephone:    (415) 984 8700
4    Facsimile:    (415) 984 8701

5    Attorney for Defendants
     Rosemary Frieborn; Curt Ransom; Marilyn
6    Jasper; Cassie Reeves; Katie Newman; Sherry
     Couzens; Michael Crosson; Shana Laursen;
7    Humane Society of the Sierra Foothills; Friends
     of Placer County Animal Shelter; Friends of
8    Auburn/Tahoe Vista Placer County Animal
     Shelter; Friends of Auburn/Tahoe Vista-Placer
9    County Animal Shelter, Inc.; Edward J. Fritz

10

11                  **UNITED STATES DISTRICT COURT**
                    **EASTERN DISTRICT OF CALIFORNIA**
12

13   JAMES DAHLIN; KIMBERLY DAHLIN;          Case No. 2:17-cv-02585-MCE-AC
     TOBY TIPPETS; and MARTINA TIPPETS,
14                                            **STIPULATION AND ORDER TO**
                     Plaintiffs,              **EXTEND TIME FOR ALL**
15                                            **DEFENDANTS TO RESPOND TO**
             v.                               **PLAINTIFFS' FIRST AMENDED**
16                                            **COMPLAINT**
     ROSEMARY FRIEBORN; CURT RANSOM;
17   MARILYN JASPER; CASSIE REEVES;
     KATIE NEWMAN; SHERRY COUZENS;            Judge: Hon. Morrison C. England, Jr.
18   MICHAEL CROSSON; THOMAS SHERIFF,         Action Filed: December 9, 2017
     DVM; SHANA LAURSEN; HUMANE
19   SOCIETY OF THE SIERRA FOOTHILLS,
     INC., a California nonprofit corporation;
20   FRIENDS OF PLACER COUNTY ANIMAL
     SHELTER, an unincorporated association;
21   FRIENDS OF AUBURN/TAHOE VISTA
     PLACER COUNTY ANIMAL SHELTER, an
22   unincorporated association; FRIENDS OF
     AUBURN/TAHOE VISTA-PLACER
23   COUNTY ANIMAL SHELTER, INC., a
     California nonprofit corporation; Doe 1
24   through Doe 125; EDWARD J. FRITZ; CITY
     OF AUBURN; AUBURN POLICE
25   DEPARTMENT; Officer DEBBIE NELSON;
     Officer PHILLIP ISETTA; Officer ANGELA
26   MCCOLLOUGH; Sergeant TUCKER HUEY;
     Doe 126 through 150,
27
                     Defendants.
28

WHEREAS, on October 17, 2018, Plaintiffs James Dahlin, Kimberly Dahlin, Toby Tippets and Martina Tippets (collectively, the "Plaintiffs") filed their First Amended Complaint ("FAC") in the above-captioned matter in the United States District Court, Eastern District of California, against Defendants Rosemary Frieborn, Curt Ransom, Marilyn Jasper, Cassie Reeves, Katie Newman, Sherry Couzens, Michael Crosson, Shana Laursen, the Humane Society of the Sierra Foothills, Inc., Friends of Auburn/Tahoe Vista-Placer County Animal Shelter, Inc., Friends of Placer County Animal Shelter, Friends of Auburn/Tahoe Vista Placer County Animal Shelter, and Edward Fritz (collectively, the "Non-Municipal Defendants"), City of Auburn, Auburn Police Department, Officer Debbie Nelson, Officer Phillip Isetta, Officer Angela McCollough, and Sergeant Tucker Huey (collectively, the "Municipal Defendants"), and Thomas Sheriff;

WHEREAS, Plaintiffs' FAC newly named as defendants Shana Laursen, Officer Angela McCollough, Sergeant Tucker Huey, and Thomas Sheriff (*see* Doc. 71);

WHEREAS, the current deadline for all Defendants, except the newly-named Defendants, to respond to Plaintiffs' FAC is November 16, 2018 (*see* Doc. 68);

WHEREAS, the deadline for all newly-named Defendants to respond to Plaintiffs' FAC is 21 days from the date on which they were served with the FAC and summons (*see* Fed. R. Civ. P. 12(a)(1)); and

WHEREAS, the Plaintiffs, Non-Municipal Defendants, and Municipal Defendants agree that the interests of efficiency and justice will be promoted if all presently-served Defendants file their responses to the FAC at the same time;

NOW, THEREFORE, PURSUANT TO EASTERN DISTRICT LOCAL RULE 144(A), IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the Plaintiffs, the Non-Municipal Defendants and Municipal Defendants that the deadline for all Defendants to file their response to Plaintiffs' FAC is extended to November 26, 2018.

**SO STIPULATED AND AGREED.**

//

Dated: November 15, 2018.

DENNISE HENDERSON
LAW OFFICE OF DENNISE HENDERSON

BY:   */s/ Dennise Henderson*
(signature authorized November 15, 2018)

Attorney for Plaintiffs


Dated: November 15, 2018.

CHRIS A. HOLLINGER
O'MELVENY & MYERS LLP

By:   */s/ Chris A. Hollinger*
Chris A. Hollinger

Attorney for Non-Municipal Defendants


Dated: November 15, 2018.

SERENA M. WARNER
ANGELO, KILDAY & KILDUFF LLP

By:   */s/ Serena M. Warner*
(signature authorized November 15, 2018)

Attorney for Municipal Defendants

**ORDER**

Pursuant to the stipulation between the parties (ECF No. 77), the deadline for all Defendants to file their response to Plaintiffs' FAC is extended to **November 26, 2018**.

IT IS SO ORDERED.

Dated: November 19, 2018

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE