DENNISE HENDERSON (SBN 208640)
Law Office of Dennise Henderson
1903 Twenty First Street
Sacramento, CA 95811
Telephone:    (916) 456-2027
Facsimile:     (916) 456-2035
dshendersonlaw@yahoo.com


Attorney for Plaintiffs
James Dahlin and Kimberly Dahlin

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DAHLIN and KIMBERLY DAHLIN; <br><br> Plaintiffs, <br><br> v. <br><br> ROSEMARY FRIEBORN; CURT RANSOM; MARILYN JASPER; CASSIE REEVES; KATIE NEWMAN; SHERRY COUZENS; MICHAEL CROSSON; THOMAS SHERIFF, DVM; SHANA LAURSEN; HUMANE SOCIETY OF THE SIERRA FOOTHILLS, INC., a California nonprofit corporation; FRIENDS OF PLACER COUNTY ANIMAL SHELTER, an unincorporated association; FRIENDS OF AUBURN/TAHOE VISTA PLACER COUNTY ANIMAL SHELTER, an unincorporated association; FRIENDS OF AUBURN/TAHOE VISTA-PLACER COUNTY ANIMAL SHELTER, INC., a California nonprofit corporation; Doe 1 through Doe 125; EDWARD J. FRITZ; CITY OF AUBURN; AUBURN POLICE DEPARTMENT; Officer DEBBIE NELSON; Officer PHILLIP ISETTA; Officer ANGELA MCCOLLOUGH; Sergeant TUCKER HUEY; Doe 126 through 150, <br><br> Defendants. | Case No. 2:17-cv-02585-MCE-AC <br><br> **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANTS FIRST MOTION TO DISMISS** <br><br> Judge:  Hon. Morrison C. England, Jr. <br> Action Filed:  December 9, 2017 |

WHEREAS, on October 17, 2018, Plaintiffs James Dahlin, Kimberly Dahlin, Toby Tippets and Martina Tippets (collectively, the "Plaintiffs") filed their First Amended Complaint ("FAC") in the above-captioned matter in the United States District Court, Eastern District of California, against Defendants Rosemary Frieborn, Curt Ransom, Marilyn Jasper, Cassie Reeves, Katie Newman, Sherry Couzens, Michael Crosson, Shana Laursen, the Humane Society of the Sierra Foothills, Inc., Friends of Auburn/Tahoe Vista-Placer County Animal Shelter, Inc., Friends of Placer County Animal Shelter, Friends of Auburn/Tahoe Vista Placer County Animal Shelter, and Edward Fritz (collectively, the "Non-Municipal Defendants"), City of Auburn, Auburn Police Department, Officer Debbie Nelson, Officer Phillip Isetta, Officer Angela McCollough, and Sergeant Tucker Huey (collectively, the "Municipal Defendants"), and Thomas Sheriff;

WHEREAS, the Non Municipal Defendants and Municipal Defendants filed a Motion to Dismiss (see Doc 80, Doc 81);

WHEREAS, Defendant Thomas Sheriff filed a Motion to Dismiss (see Doc 86);

WHEREAS, the current deadline for Plaintiffs, to respond to Municipal Defendants Motion to Dismiss is due December 28, 2018 (*see* Doc. 80);

WHEREAS, the current deadline for Plaintiffs, to respond to Non-Municipal Defendants Motion to Dismiss is due January 10, 2019 (see Doc 81);

WHEREAS, the current deadline for Plaintiffs to respond to Defendant Thomas Sheriff Motion to Dismiss is due January 10, 2019 (see Doc 86);

WHEREAS, the Plaintiffs, and Municipal Defendants agree that the interests of efficiency and justice will be promoted if Plaintiffs file their responses to the Motion to Dismiss at the same time;

NOW, THEREFORE, PURSUANT TO EASTERN DISTRICT LOCAL RULE 144(A), IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the Plaintiffs, the and Municipal Defendants that the deadline for Plaintiffs to file their response to Defendants' Motion to Dismiss is extended to January 10, 2019.

**SO STIPULATED AND AGREED.**

//

- 1 -

STIPULATION TO EXTEND TIME TO FILE
RESPONSE TO FIRST AMENDED COMPLAINT
CASE NO. 2:17-CV-02585-MCE-AC

Dated: December 20, 2018.   DENNISE HENDERSON
LAW OFFICE OF DENNISE HENDERSON

By:   /s/ Dennise Henderson
(Signature authorized December 20, 2018 Attorney for Plaintiffs)

Attorney for Plaintiffs

Dated: December 20, 2018.   MELISSA T. CURRIER
ANGELO, KILDAY & KILDUFF LLP

By:   /s/ Serena M. Warner
(Signature authorized December 20, 2018
Attorney for Defendant)

Attorney for Municipal Defendants

IT IS SO ORDERED.

Dated: January 9, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE