LAW OFFICE OF DENNISE S. HENDERSON
Stratton S. Barbee, Bar No. 231026
1903 21st Street
Sacramento, CA 95811
(916) 456-2035
dshendersonlaw@yahoo.com

Attorney for Plaintiffs
James & Kimberly Dahlin

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DAHLIN, et. al., | ) Case No.: 2:17-cv-02585-MCE-AC |
| Plaintiffs, | ) **ORDER** |
| vs. | ) |
| ROSEMARY FRIEBORN, et. al. | ) |
| Defendants. | ) |

///

///

///

///

///

///

///

IT IS HEREBY ORDERED THAT the time by which Plaintiffs must file their Second Amended Complaint is extended from October 20, 2019, to November 25, 2019.

IT IS SO ORDERED.

Dated: October 28, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE