CHRIS A. HOLLINGER (S.B. #147637)
chollinger@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
Telephone: (415) 984 8700
Facsimile: (415) 984 8701

Attorney for Defendants
Rosemary Frieborn; Curt Ransom; Marilyn Jasper; Cassie Reeves; Katie Newman; Sherry Couzens; Michael Crosson; Shana Laursen; Humane Society of the Sierra Foothills; Friends of Placer County Animal Shelter; Friends of Auburn/Tahoe Vista Placer County Animal Shelter; Friends of Auburn/Tahoe Vista-Placer County Animal Shelter, Inc.; Edward J. Fritz

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DAHLIN; KIMBERLY DAHLIN; TOBY TIPPETS; and MARTINA TIPPETS,<br><br>Plaintiffs,<br><br>v.<br><br>ROSEMARY FRIEBORN; CURT RANSOM; MARILYN JASPER; CASSIE REEVES; KATIE NEWMAN; SHERRY COUZENS; MICHAEL CROSSON; THOMAS SHERIFF, DVM; SHANA LAURSEN; HUMANE SOCIETY OF THE SIERRA FOOTHILLS, INC., a California nonprofit corporation; FRIENDS OF PLACER COUNTY ANIMAL SHELTER, an unincorporated association; FRIENDS OF AUBURN/TAHOE VISTA PLACER COUNTY ANIMAL SHELTER, an unincorporated association; FRIENDS OF AUBURN/TAHOE VISTA-PLACER COUNTY ANIMAL SHELTER, INC., a California nonprofit corporation; Doe 1 through Doe 125; EDWARD J. FRITZ, DVM; CITY OF AUBURN; AUBURN POLICE DEPARTMENT; Officer DEBBIE NELSON; Officer PHILLIP ISETTA; Officer ANGELA MCCOLLOUGH; Sergeant TUCKER HUEY; Doe 126 through 150,<br><br>Defendants. | Case No. 2:17-cv-02585-MCE-AC<br><br>**ORDER GRANTING NON-MUNICIPAL DEFENDANTS' APPLICATION FOR LEAVE TO FILE MEMORANDUM IN SUPPORT OF MOTION TO DISMISS IN EXCESS OF COURT'S PAGE LIMIT**<br><br>Judge: Hon. Morrison C. England, Jr. |

# ORDER

Upon review of Defendants Rosemary Frieborn, Curt Ransom, Marilyn Jasper, Cassie Reeves, Katie Newman, Sherry Couzens, Michael Crosson, Shana Laursen, the Humane Society of the Sierra Foothills, Inc., Friends of Auburn/Tahoe Vista-Placer County Animal Shelter, Inc., Friends of Placer County Animal Shelter, Friends of Auburn/Tahoe Vista Placer County Animal Shelter, and Edward Fritz's (collectively, the "Non-Municipal Defendants") Application for Leave to File Memorandum in Support of Motion to Dismiss in Excess of Court's Page Limit, and good cause appearing, IT IS HEREBY ORDERED that:

1. The page limit for the Non-Municipal Defendants' memorandum of points and authorities in support of their motion to dismiss Plaintiffs' Second Amended Complaint shall be extended to thirty (30) pages (exclusive of exhibits and any other supporting documentation).

IT IS SO ORDERED.

DATED: January 6, 2020

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE