| | |
|---|---|
| 1 | CHRIS A. HOLLINGER (S.B. #147637) |
| | chollinger@omm.com |
| 2 | O'MELVENY & MYERS LLP |
| | Two Embarcadero Center, 28th Floor |
| 3 | San Francisco, California 94111-3823 |
| | Telephone: (415) 984 8700 |
| 4 | Facsimile: (415) 984 8701 |
| 5 | Attorney for Defendants |
| | Rosemary Frieborn; Curt Ransom; Marilyn |
| 6 | Jasper; Cassie Reeves; Katie Newman; Sherry |
| | Couzens; Michael Crosson; Shana Laursen; |
| 7 | Humane Society of the Sierra Foothills; Friends |
| | of Placer County Animal Shelter; Friends of |
| 8 | Auburn/Tahoe Vista Placer County Animal |
| | Shelter; Friends of Auburn/Tahoe Vista-Placer |
| 9 | County Animal Shelter, Inc.; Edward J. Fritz |

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES DAHLIN; KIMBERLY DAHLIN; TOBY TIPPETS; and MARTINA TIPPETS, | Case No. 2:17-cv-02585-MCE-AC |
| Plaintiffs, | **STIPULATION AND ORDER TO EXTEND TIME FOR ALL DEFENDANTS TO RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT** |
| v. | |
| ROSEMARY FRIEBORN; CURT RANSOM; MARILYN JASPER; CASSIE REEVES; KATIE NEWMAN; SHERRY COUZENS; MICHAEL CROSSON; THOMAS SHERIFF, DVM; SHANA LAURSEN; HUMANE SOCIETY OF THE SIERRA FOOTHILLS, INC., a California nonprofit corporation; FRIENDS OF PLACER COUNTY ANIMAL SHELTER, an unincorporated association; FRIENDS OF AUBURN/TAHOE VISTA PLACER COUNTY ANIMAL SHELTER, an unincorporated association; FRIENDS OF AUBURN/TAHOE VISTA-PLACER COUNTY ANIMAL SHELTER, INC., a California nonprofit corporation; Doe 1 through Doe 125; EDWARD J. FRITZ; CITY OF AUBURN; AUBURN POLICE DEPARTMENT; Officer DEBBIE NELSON; Officer PHILLIP ISETTA; Officer ANGELA MCCOLLOUGH; Sergeant TUCKER HUEY; Doe 126 through 150, | Judge: Hon. Morrison C. England, Jr.<br>Action Filed: December 9, 2017 |
| Defendants. | |

| | |
|---|---|
| 1 | WHEREAS, on November 25, 2019, Plaintiffs James Dahlin, Kimberly Dahlin, Toby |
| 2 | Tippets and Martina Tippets (collectively, the "Plaintiffs") filed their Second Amended |
| 3 | Complaint ("SAC") in the above-captioned matter in the United States District Court, Eastern |
| 4 | District of California, against Defendants Rosemary Frieborn, Curt Ransom, Marilyn Jasper, |
| 5 | Cassie Reeves, Katie Newman, Sherry Couzens, Michael Crosson, Shana Laursen, the Humane |
| 6 | Society of the Sierra Foothills, Inc., Friends of Auburn/Tahoe Vista-Placer County Animal |
| 7 | Shelter, Inc., Friends of Placer County Animal Shelter, Friends of Auburn/Tahoe Vista Placer |
| 8 | County Animal Shelter, and Edward Fritz (collectively, the "Non-Municipal Defendants"), City |
| 9 | of Auburn, Auburn Police Department, Officer Debbie Nelson, Officer Phillip Isetta, Officer |
| 10 | Angela McCollough, and Sergeant Tucker Huey (collectively, the "Municipal Defendants"), and |
| 11 | Thomas Sheriff; |
| 12 | WHEREAS, the current deadline for all Defendants to respond to Plaintiffs' SAC is 14 |
| 13 | days after service of the SAC, i.e., on December 9, 2019 (*see* Fed. R. Civ. P. 15(a)(3)); |
| 14 | WHEREAS, Plaintiffs' SAC (78 pages and 240 numbered paragraphs) is more than twice |
| 15 | as long as their previously-filed First Amended Complaint (37 pages and 194 numbered |
| 16 | paragraphs) (*see* Doc. 37 & Doc. 103); |
| 17 | WHEREAS, in light of the length of the SAC as well as holiday-related scheduling |
| 18 | difficulties, all Defendants require additional time within which to investigate and adequately |
| 19 | respond to Plaintiffs' SAC; and |
| 20 | WHEREAS, the Plaintiffs, Non-Municipal Defendants, Municipal Defendants, and |
| 21 | Thomas Sheriff agree that the interests of efficiency and justice will be promoted if all presently- |
| 22 | served Defendants file their responses to the SAC at the same time; |
| 23 | NOW, THEREFORE, PURSUANT TO EASTERN DISTRICT LOCAL RULE 144(A), |
| 24 | IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the Plaintiffs, the |
| 25 | Non-Municipal Defendants, Municipal Defendants, and Thomas Sheriff that the deadline for all |
| 26 | Defendants to file their answer or other response to Plaintiffs' SAC is extended to December 31, |
| 27 | 2019. |
| 28 | |

**SO STIPULATED AND AGREED.**

Dated: December 2, 2019.        DENNISE HENDERSON
                                LAW OFFICE OF DENNISE HENDERSON

                                BY:   */s/ Dennise Henderson*
                                      (signature authorized December 2, 2019)

                                Attorney for Plaintiffs

Dated: December 2, 2019.        CHRIS A. HOLLINGER
                                O'MELVENY & MYERS LLP

                                By:   */s/ Chris A. Hollinger*
                                      Chris A. Hollinger

                                Attorney for Non-Municipal Defendants

Dated: December 2, 2019.        SERENA M. WARNER
                                ANGELO, KILDAY & KILDUFF LLP

                                By:   */s/ Serena M. Warner*
                                      (signature authorized December 2, 2019)

                                Attorney for Municipal Defendants

Dated: December 2, 2019.        LAWRENCE E. SKIDMORE
                                ARONOWITZ SKIDMORE LYON

                                By:   */s/ Lawrence E. Skidmore*
                                      (signature authorized December 2, 2019)

                                Attorney for Defendant Thomas Sheriff

IT IS SO ORDERED.

DATED: January 6, 2020

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

- 2 -

STIPULATION TO EXTEND TIME TO FILE
RESPONSE TO SECOND AMENDED COMPLAINT
CASE NO. 2:17-CV-02585-MCE-AC