UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DAHLIN et al., | No. 2:17-cv-02585-MCE-AC |
| Plaintiffs, | |
| v. | **ORDER** |
| ROSEMARY FRIEBORN et al., | |
| Defendants. | |

The Court has reviewed the Parties' Stipulation to File a Third Amended Complaint.  ECF No. 145.  However, the Third Amended Complaint was filed prematurely.  ECF No. 146.  Accordingly, the Third Amended Complaint, ECF No. 146, is STRICKEN and the Parties' Stipulation is GRANTED.  Not later than ten (10) days from the date this order is electronically filed, Plaintiffs may refile their Third Amended Complaint.  No further extensions will be granted.

IT IS SO ORDERED.

Dated: March 17, 2022

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

1