UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DAHLIN and KIMBERLY DAHLIN,<br><br>Plaintiffs,<br><br>v.<br><br>ROSEMARY FRIEBORN, CURT RANSOM, DEBBIE NELSON, PHILLIP ISETTA, ANGELA MCCULLOUGH, TUCKER HUEY, and THOMAS SHERIFF,<br><br>Defendants. | No. 2:17-cv-02585-MCE-AC<br><br>**ORDER** |

Presently before the Court are two Motions for Summary Judgment filed by Plaintiffs in this action. ECF Nos. 173, 176. Neither Motion for Summary Judgment is accompanied by a Separate Statement of Undisputed Facts. Moreover, these arguments should be brought for the Court's consideration as one consolidated motion.

The parties have since filed two stipulations to extend the briefing schedule on those Motions indefinitely for a variety of reasons, including for the conducting of further discovery. ECF No. 178. The need to resort to this open-ended stipulation supports the conclusion that the substantive motions are not ready to be adjudicated.

///

1

Accordingly, it is hereby ordered that:

1. The Motions for Summary Judgment, ECF Nos. 173 and 176, are DENIED without prejudice;
2. Absent leave of the Court, all issues the parties wish to resolve on summary judgment must be raised together in one (1) consolidated motion or cross-motion;
3. The Stipulations for Re-Setting Deadlines, ECF No. 178 and 179, are DENIED as moot;
4. A scheduling order will issue forthwith.

IT IS SO ORDERED.

Dated:  February 13, 2024

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE